**Order entered August 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00969-CV**

**BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

**ORDER**

On July 19, 2021, we granted appellant's second emergency motion for permission to extend time to file her amended brief; ordered Janet L. Dugger, Official Court Reporter for the 296th Judicial District Court, to file by July 26th a corrected record appellant had requested; and ordered appellant to file her amended brief by August 2nd. Our order was based on appellant's statements in her motion that she (1) sought the extension, in part, because the reporter's record is incorrect, having what appeared to be formatting errors, (2) had requested Ms. Dugger file a

corrected record, and (3) anticipated Ms. Dugger would file the corrected record "forthwith."

The corrected record has not been filed to date, and by emergency motion filed August 3, 2021, appellant requests we "compel" Ms. Dugger to file the record and extend the deadline for filing the amended brief. In this motion, appellant states in a footnote that, in motions to correct the reporter's record, she noted that the record (a) was "missing two (2) transcripts," (b) has "wrong style and cause number," (c) has "two (2) different dates for hearing in single transcript," (d) has "evidence attributed to appellee [that] was submitted by appellant," and (e) has a master index that is incorrect, etc."

We note that, from a review of the motions appellant has filed in the Court, the motions to correct the reporter's record appear to be motions that were referenced in appellant's May 6, 2021 amended emergency motion to extend time to file brief and were filed in the trial court after we denied appellant's April 8, 2021 "challenge to the record," in relevant part, because it made only general assertions. We further note that nothing before the Court reflects the trial court has ruled on the motions, and since the filing of appellant's August 3rd emergency motion, Ms. Dugger has filed a letter stating the record she filed is "certified and correct to the best of [her] ability" and no corrected record will be filed. Accordingly, to the extent appellant asks the Court to "compel" Ms. Dugger to file

a record that corrects the "errors" noted above, we **DENY** the motion.  We **GRANT** the extension request to the extent we **ORDER** appellant to file the amended brief **no later than August 19, 2021**.  We caution appellant that further extension requests will not be granted absent exigent circumstances.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE